■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM PELLEGRINO MASSELLI and AUGUST FRANK MAZZELLA, Appellants.— Motion to dispense with printing and for other relief granted to the extent of dispensing with printing. The appeal will be heard on the original papers, exhibits and

on a typewritten brief. Appellants are directed to file five copies of their brief and to serve one copy thereof on the District Attorney. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.